# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rebecca Chiaramonti, et al.,<br><br>    Plaintiffs<br>v.<br><br>United States of America,<br><br>    Defendant | Case No.: 2:24-cv-01484-JAD-EJY |
| Tarra Tidwell, et al.,<br><br>    Plaintiffs<br>v.<br><br>United States of America,<br><br>    Defendant | Case No. 2:24-cv-01490-CDS-MDC |
| Cathy Lee Anderson,<br><br>    Plaintiff<br>v.<br><br>United States of America,<br><br>    Defendant | Case No. 2:24-cv-01737-CDS-MDC |
| Scott Dale,<br><br>    Plaintiff<br>v.<br><br>United States of America,<br><br>    Defendant | Case No. 2:24-cv-01896-RFB-EJY |

**Order Reassigning Related Cases**

Plaintiffs in the above-titled cases consist of the estates and family members of four individuals who died as the result of a July 17, 2022, plane crash at the North Las Vegas Airport. Each case is brought against the United States of America under the Federal Tort Claims Act,

and each alleges that the negligence of the federally employed air-traffic controllers who were on duty during the crash caused the collision. The parties filed notices of related cases.[1]

Under Local Rule 42-1(a), "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge." Because the related cases arose from the same incident and involve "similar questions of fact and the same question of law," the undersigned judges agree that assigning the cases to the same district and magistrate judge "is likely to effect a substantial savings of judicial effort."[2]

Accordingly, IT IS HEREBY ORDERED that Case Nos. 2:24-cv-01490-CDS-MDC, 2:24-cv-01737-CDS-MDC, and 2:24-cv-01896-RFB-EJY **are reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Elayna J. Youchah**. All future filings in these cases must bear the correct initials in the case number (JAD-EJY).

Dated: October 29, 2024

_____
Jennifer A. Dorsey
United States District Judge

_____
Cristina D. Silva
United States District Judge

_____
Richard F. Boulware
United States District Judge

---

[1] *See* ECF Nos. 10, 15 in *Chiaramonti v. United States*, 2:24-cv-01484-JAD-EJY; ECF Nos. 12, 15 in *Tidwell v. United States*, 2:24-cv-01490-CDS-MDC; ECF No. 3 in *Dale v. United States*, 2:24-cv-01896-RFB-EJY.

[2] L.R. 42-1(a)(3).