Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

KREINDLER & KREINDLER LLP
Daniel O. Rose (pro hac vice)
Brian J. Alexander (pro hac vice)
Evan Katin-Borland (pro hac vice)
485 Lexington Avenue
28th Floor
New York, New York 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com

Attorneys for Plaintiffs Rebecca
Chiaramonti, Individually and
as Special Administrator of
the Estate of Anthony L.
Chiaramonti, deceased,
Lewis Chiaramonti, and
Adele Chiaramonti

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA CHIARAMONTI, et al., | ) Case No. 2:24-cv-01484-JAD-EJY |
| | ) (Lead Case) |
| Plaintiffs, | ) |
| | ) *Consolidated for discovery with related cases* |
| v. | ) |
| | ) Case No. 2:24-cv-01490-JAD-EJY (Anderson) |
| UNITED STATES OF AMERICA, | ) Case No. 2:24-cv-01737-JAD-EJY (Tidwell) |
| | ) Case No. 2:24-cv-01896-JAD-EJY (Dale) |
| Defendant. | ) |
| | ) **STIPULATED MOTION FOR FIRST** |
| AND CONSOLIDATED ACTIONS | ) **EXTENSION OF DISCOVERY** |
| | ) **DEADLINES** |

Pursuant to Local Rules LR 26-3 and LR IA 6-1 Plaintiffs Rebecca Chiaramonti, Individually and as Special Administrator of the Estate of Anthony L. Chiaramonti, deceased, Lewis Chiaramonti, and Adele Chiaramonti; Plaintiffs Tarra Tidwell as Special Administrator of the Estate of Zachary Rainey, deceased, A.P.R., by and through his mother Tarra Tidwell, and A.B.R., by and through his mother Tarra Tidwell; Plaintiff Cathy Zee Anderson, as personal representative of the Estate of Donald S. Goldberg; Plaintiff, Scott Dale, Individually and as Executor of the Estate of Carol Ann Scanlon, deceased, and Defendant the United States, stipulate and respectfully request the Court enter an Order extending the dates set forth in the stipulated discovery plan in this case filed by the parties and so ordered by the Court November 7, 2024, in *Chiaramonti et al. v. USA*, 2:24-cv-01484-JAD-EJY, and subsequently adopted in the related cases, *Tidwell v. USA*, Case No. 2:24-cv-01737-JAD-EJY, *Anderson v. USA*, Case No. 2:24-cv-01490-JAD-EJY, and *Dale v. USA*, Case No. 2:24-cv-01896-JAD-EJY.

In support of these requests, the parties submit:

1. This matter involves four separate wrongful death cases arising from the July 17, 2022, midair collision of two aircraft on approach to North Las Vegas Airport. As all four cases make similar allegations of negligence by FAA air traffic controllers, this Court has consolidated the four cases for the purposes of discovery.

2. Because the four cases were filed separately, the timetable for the United States to respond to the complaint in each case was different. As a result, it was only by January 31, 2025, that the final case, the *Dale* matter, was put on the same discovery plan.

3. In light of the consolidated discovery in these cases, the United States has taken the position in these cases that it will only arrange for a single date for an inspection by all plaintiffs' representatives of the air traffic control tower at North Las Vegas Airport, and will only produce one time for deposition by all plaintiffs the air traffic controllers who were on duty in the control tower at

the time of the crash.  These events are the key pieces of discovery relating to each Plaintiff's liability case against the government.

4.	Given the number of parties, each with their own attorneys and experts located all over the country and one of which is the Federal Government, it has been complicated finding dates that will allow the parties to most efficiently conduct the tower inspection and controller depositions.  The parties have made their best efforts to find dates to complete these key discovery events and dates were considered that worked within the current scheduling order, but the earliest dates now available for all the parties and their experts are during the week of July 28, 2025.

5.	In the meantime, the Parties have been diligently conducting written discovery, with each Party having served and responded to meaningful discovery, including production of documents, to their adversary(ies).

6.	Unfortunately, the current deadlines for initial expert disclosures is set for June 13, 2025, and, as a result, all parties require extension of the current scheduling deadlines in the consolidated cases.

7.	As a result, the parties seek the following extension of approximately 120 days of all deadlines set forth in the stipulated discovery plan and scheduling order so ordered by the Court (ECF No. 17), as follows:

**STIPULATED EXTENSION OF SCHEDULING DATES**

1.	**Discovery cut off**: All discovery must be completed no later than **December 29, 2025** (previously August 29, 2025).

2.	**Expert Disclosures**: Initial expert disclosures must be made no later than **September 30, 2025** (previously June 13, 2025). Rebuttal expert disclosures must be made no later than **October 31, 2025** (previously August 1, 2025).

3

3. **Dispositive Motion**s: The last day for filing dispositive motions is **January 30, 2026** (previously September 26, 2025).

4. **Joint Pretrial Order**: The proposed joint pretrial order deadline is **February 27, 2026** (previously October 24, 2025). If dispositive motions are pending on **February 27, 2026**, this date is automatically vacated and advanced to 30 days after the Court issues a decision on the pending dispositive motion or motions.

DATED:  May 16, 2025

SO STIPULATED:

KREINDLER & KREINDER LLP

By: */s/ Evan Katin-Borland*
DANIEL O. ROSE, pro hac vice
BRIAN J. ALEXANDER, pro hac vice
EVAN KATIN-BORLAND
485 Lexington Ave., 28th Floor
New York, NY 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com
*Attorneys for Chiaramonti Plaintiffs*

LAW OFFICES OF BRADLEY L. BOOKE

By: */s/ Bradley L. Booke*
BRADLEY L. BOOKE, Bar No. 2662
10161 Park Run Drive #150
Las Vegas, NV 89145
(702) 241-1631
(866) 297-4863 Fax
Brad.booke@lawbooke.com
*Attorneys for Chiaramonti Plaintiffs*

UNITED STATES DEPARTMENT OF JUSTICE

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

 SIGAL CHATTAH
Interim United States Attorney

PATRICK J. ROSE
Assistant U.S. Attorney

By: */s/ Robert J. Gross*
DEBRA D. FOWLER
Senior Aviation Counsel
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY E. DEMPSEY, Cal Bar No. 198791
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
*Attorneys for Defendant United States of America*

PANISH SHEA RAVIPUDI LLP

By: */s/ Ian Samson*
RAHUL RAVIPUDI, Bar No. 14750
IAN SAMSON, Bar No. 15089
JULIA ARMENDARIZ, Bar No. 15865
HUNTER NORTON, Bar No. 16292
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
(310) 477-1700
(310) 477-1699 Fax
rahul@panish.law
isamson@panish.law
jarmendariz@panish.law
hnorton@panish.law

*Attorneys for Tidwell/Rainey Plaintiffs*


HENNESS & HAIGHT

By: */s/ Stephen J. Mendenhall*
MARK G. HENNESS, Bar No. 5842
STEPHEN J. MENDENHALL, Bar No. 15286
8972 Spanish Ridge Avenue
(702) 862-8200
(702) 862-8204 Fax
Las Vegas, Nevada 89148
mghesq@hennessandhaight.com
stephenm@hennessandhaight.com
*Attorneys for Dale/Scanlon Plaintiffs*


EGLET HAM HENRIOD

By:  */s/ Joel D. Henriod*
JOEL D. HENRIOD, Esq.
Nevada Bar No. 8492
ANDREW R. GUZIK, Esq.
Nevada Bar No. 12758
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
(702) 450-5400
(702) 450-5451 Fax
eservice@egletlaw.com
*Attorneys for Dale/Scanlon Plaintiffs*


DICKINSON WRIGHT PLLC

By:*/s/ Kerry K. Kleiman*
CYNTHIA L. ALEXANDER, Esq.
Nevada Bar No. 6718
KERRY E. KLEIMAN, Esq.,
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
702-550-4400
844-670-6009 Fax
CAlexander@dickinsonwright.com
KKleiman@dickinsonwright.com
*Attorneys for Anderson/Goldberg Plaintiff*

MCCULLOCH AVIATION

By: */s/ Timothy I. McCulloch*
TIMOTHY I. MCCULLOCH
(*pro hac vice* forthcoming)
Arizona Bar No. 23732
21001 N. Tatum Blvd., Suite 1630-936
Phoenix, Arizona 85050
tim@mccullochaviation.com
*Attorneys for Anderson/Goldberg Plaintiff*

**IT IS SO ORDERED.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: May 16, 2025