Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

KREINDLER & KREINDLER LLP
Daniel O. Rose (pro hac vice)
Brian J. Alexander (pro hac vice)
Evan Katin-Borland (pro hac vice)
485 Lexington Avenue
28th Floor
New York, New York 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com

Attorneys for Plaintiffs Rebecca
Chiaramonti, Individually and
as Special Administrator of
the Estate of Anthony L.
Chiaramonti, deceased, and
Lewis Chiaramonti, Individually
and as Special Administrator of
the Estate of Adele Chiaramonti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| REBECCA CHIARAMONTI, et al., | ) | Case No. 2:24-cv-01484-JAD-EJY |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | **STIPULATION SUBSTITUTING LEWIS** |
| v. | ) | **CHIARAMONTI AS SPECIAL** |
|  | ) | **ADMINISTRATOR OF THE ESTATE OF** |
| UNITED STATES OF AMERICA, | ) | **ADELE CHIARAMONTI FOR** |
|  | ) | **DECEASED PLAINTIFF ADELE** |
| Defendant. | ) | **CHIARAMONTI (TO BE SO ORDERED)** |
|  | ) |  |

1

WHEREAS, Plaintiffs brought suit in this matter by filing a complaint on August 13, 2025; and

WHEREAS, Plaintiff's complaint included wrongful death claims of Adele Chiaramonti arising from the death of her son, Anthony Chiaramonti; and

WHEREAS, Adele Chiaramonti died on January 15, 2025; and

WHEREAS, on August 25, 2025, the Nevada District Court for Clark County appointed Lewis Chiaramonti the Special Administrator of the Estate of Adele Chiaramonti for the purpose of prosecuting and resolving her wrongful death claims in this case.

THEREFORE, the Parties in the above-referenced cases, and each of them, stipulate and agree that Lewis Chiaramonti, in his capacity as Special Administrator of the Estate of Adele Chiaramonti shall be substituted as Plaintiff for Adele Chiaramonti for the purpose of prosecuting and/or resolving the claims brought by Adele Chiaramonti in this case.

DATED:  September 5, 2025            SO STIPULATED:

KREINDLER & KREINDER LLP

By: */s/ Evan Katin-Borland*
DANIEL O. ROSE, pro hac vice
BRIAN J. ALEXANDER, pro hac vice
EVAN KATIN-BORLAND
485 Lexington Ave., 28th Floor
New York, NY 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com
*Attorneys for Chiaramonti Plaintiffs*

LAW OFFICES OF BRADLEY L. BOOKE

By: */s/ Bradley L. Booke*
BRADLEY L. BOOKE, Bar No. 2662
10161 Park Run Drive #150
Las Vegas, NV 89145
(702) 241-1631
(866) 297-4863 Fax

Brad.booke@lawbooke.com
*Attorneys for Chiaramonti Plaintiffs*


UNITED STATES DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SIGAL CHATTAH
Acting United States Attorney

By: */s/ Robert J. Gross*
DEBRA D. FOWLER
Senior Aviation Counsel
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY E. DEMPSEY, Cal Bar No. 198791
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
*Attorneys for Defendant United States of America*



IT IS SO ORDERED:

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED:  September 5, 2025