Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

KREINDLER & KREINDLER LLP
Daniel O. Rose (pro hac vice)
Brian J. Alexander (pro hac vice)
Evan Katin-Borland (pro hac vice)
485 Lexington Avenue
28th Floor
New York, New York 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com

*Attorneys for Plaintiffs Rebecca
Chiaramonti, Individually and
as Special Administrator of the Estate of
Anthony L. Chiaramonti, and Lewis
Chiaramonti, Individually and as Special
Administrator of the Estate of Adele
Chiaramonti*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| REBECCA CHIARAMONTI, et al., | ) | Case No. 2:24-cv-01484-JAD-EJY |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER OF VOLUNTARY** |
| v. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ECF No. 36 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiffs Rebecca Chiaramonti, Individually and as Special Administrator of the Estate of

Anthony Chiaramonti, and Lewis Chiaramonti, Individually and as Special Administrator of the

1

Estate of Adele Chiaramonti (collectively, "Chiaramonti Plaintiffs"), and Defendant the United States of America by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the Chiaramonti Plaintiffs' complaint in this matter and all the claims therein, are hereby voluntarily dismissed with prejudice.

Each party is to bear its own costs and attorney's fees.

DATED:  April 23, 2026                    SO STIPULATED:

KREINDLER & KREINDER LLP

By: */s/ Daniel O. Rose*
DANIEL O. ROSE, pro hac vice
BRIAN J. ALEXANDER, pro hac vice
EVAN KATIN-BORLAND
485 Lexington Ave., 28th Floor
New York, NY 10017
(212) 687-8181
drose@kreindler.com
balexander@kreindler.com
ekatinborland@kreindler.com
*Attorneys for Chiaramonti Plaintiffs*

LAW OFFICES OF BRADLEY L. BOOKE

By: */s/ Bradley L. Booke*
BRADLEY L. BOOKE, Bar No. 2662
10161 Park Run Drive #150
Las Vegas, NV 89145
(702) 241-1631
(866) 297-4863 Fax
Brad.booke@lawbooke.com
*Attorneys for Chiaramonti Plaintiffs*

UNITED STATES DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SIGAL CHATTAH
Acting United States Attorney

By: */s/ Robert J. Gross*
ROBERT J. GROSS
Senior Aviation Counsel
DEBRA D. FOWLER
Senior Aviation Counsel
ASHLEY E. DEMPSEY
Senior TrialCounsel
WILLIAM D. JANICKI
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
Willian.D.Janicki@usdoj.gov
*Attorneys for Defendant United States of America*

**ORDER**

Based on the parties' stipulation **[ECF No. 36]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 27, 2026

2